# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | **UNDER SEAL** |
| v. | ) | |
| | ) | Case No. 1:23-mj-165 |
| MELVIN PLOWDEN | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 4, 2020__ in the city/county of __Richmond, Virginia__
in the __Eastern__ District of __Virginia__, the defendant(s) violated:

*Code Section*

18 U.S.C. §§ 2 and 924(a)(1)(A)

*Offense Description*

Aiding and abetting the making of false statements with respect to the purchase of firearms

This criminal complaint is based on these facts:

Please see the attached Affidavit.

☑ Continued on the attached sheet.
Reviewed by AUSA/SAUSA

AUSA Cristina C. Stam
*Printed name and title*

*C. McGourty*
*Complainant's signature*

Caitlin McGourty, ATF Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone _____ *(specify reliable electronic means)*.

Date: 8/21/2023

*Lindsey Vaala* Digitally signed by Lindsey Vaala
Date: 2023.08.21 15:31:18 -04'00'
*Judge's signature*

City and state: Alexandria, Virginia

Hon. Lindsey R. Vaala, U.S. Magistrate Judge
*Printed name and title*